UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Michael Bumpus<br><br>            Plaintiff,<br>v.<br><br>Neuheisel Law Firm, P.C., Gloria Zarco, And CACH LLC<br><br>            Defendants. | Case No.: 11-cv-00251-MCE-KJN<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Morrison C. England Jr. |
|---|---|

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the entire action to be, and is, dismissed with prejudice.  The Clerk of the Court is directed to close this case.

Dated:  July 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE